### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 3:14-00169 |
| ) | Judge Trauger |
| ) | |
| RAYMOND PENN, JR. ) | |

### **O R D E R**

It is hereby **ORDERED** that this case is set for a change of plea hearing on Tuesday, December 2, 2014, at 2:00 p.m.

It is so **ORDERED**.

ENTER this 19th day of November 2014.

_____
ALETA A. TRAUGER
U.S. District Judge